UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HILDA L. SOLIS, Secretary of Labor,

Plaintiff,

v.    4:10-CV-162

THE EICHHOLZ LAW FIRM, P.C.;
BENJAMIN EICHHOLZ, an individual;
THE EICHHOLZ & ASSOCIATES,
P.C., RETIREMENT PLAN; AND THE
EICHHOLZ & ASSOCIATES, P.C.,
EMPLOYEES PENSION PLAN;

Defendants.

## ORDER

Plaintiff Hilda Solis, in her capacity as Secretary of Labor, filed the parties' joint Rule 26(f) Report two months late, on January 24, 2011. *See* Doc. 14. In the Rule 26(f) Report, the parties sought forty (40) extra days to complete discovery (including depositions), and the plaintiff requested sixty (60) days after the defendants file their answer to file its expert reports. *See* Doc. 14. The Court *DENIES* these requests.

As the parties have not yet begun discovery, it is too early to declare that concluding within this Court's standard deadlines will not be possible.

This 26th day of January 2011.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA