UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HILDA L. SOLIS, Secretary of Labor,

Plaintiff,

v.                 4:10-CV-162

THE EICHHOLZ LAW FIRM, P.C.;
BENJAMIN EICHHOLZ, an individual;
THE EICHHOLZ & ASSOCIATES,
P.C., RETIREMENT PLAN; AND THE
EICHHOLZ & ASSOCIATES, P.C.,
EMPLOYEES PENSION PLAN;

Defendants.

## ORDER

This Court denied the parties' request to extend certain discovery deadlines on January 26, 2011. *See* Doc. 17. Just before this Court's Order was entered, the Magistrate Judge entered an Order enumerating the deadlines in this case. *See* Doc. 16. This Court's January 26, 2011 Order, *see* Doc. 17, shall govern in the event of any conflict between these orders. The parties must abide by the discovery deadlines enumerated in this Court's Local Rules. *See* L.R. 26.1.

This 27th day of January 2011.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA